# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137486 & (29)(30)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                   SC: 137486
                                   COA: 286100
GREGORY LEWIS HOLDER,           Genesee CC: 06-018371-FC
      Defendant-Appellant.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The motion for leave to participate in oral argument is considered, and it is GRANTED. The Department of Corrections shall be prepared to discuss: (1) what standards or guidelines, if any, the Department of Corrections utilizes in sending letters to trial courts requesting amended judgments of sentence; (2) if the Department of Corrections does have standards for such letters, whether the standards were followed in this case; and (3) whether it is the Department of Corrections' policy to send out letters after a prisoner has been discharged from parole, and if so, whether there is a policy limiting how long after a defendant is discharged from parole that such letters are sent to trial courts.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2009

Clerk

0401